**UNITED STATES of America,**
**Appellee,**

v.

**Derrick Uraye STRICKLIN, Appellant.**

No. 08–2672.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 7, 2009.

Filed: July 22, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Derrick Stricklin appeals the district court's[1] order reducing his sentence from 151 months to 121 months in prison pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 706 to the United States Sentencing Guidelines. Because Stricklin filed a stipulation in the district court, in which he agreed to imposition of a 121–month sentence without the need for a hearing, he may not challenge that sentence on appeal. *See United States v. Thompson,* 289 F.3d 524, 526 (8th Cir.2002) (defendant could not complain on appeal that district court sentenced him at low end of Guidelines range, as his lawyer had asked); *United*

*States v. Nguyen,* 46 F.3d 781, 783 (8th Cir.1995) (defendant who explicitly and voluntarily exposes himself to specific sentence may not challenge that punishment on appeal).

Accordingly, the judgment is affirmed, and counsel is granted leave to withdraw on the condition that counsel inform Stricklin about the procedures for filing petitions for rehearing and for certiorari.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.